### 12840.   CARLTON *v.* THE STATE.

LUKE, J. The defendant was convicted of violating the prohibition statute. The evidence, though conflicting, fully authorized the conviction. It was not error, for any reason assigned, to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 17, 1921.

Indictment for violation of prohibition law; from Colquitt superior court — Judge Thomas.   August 10, 1921.

*Louis F. Maire, James Humphreys,* for plaintiff in error.

*Clifford E. Hay, solicitor-general,* contra.